ROGERS, *v.* CARR, Mayor, *et al.*

No. 16206.  MAY 12, 1948.

*Jack G. Tarpley,* for plaintiff.

ATKINSON, Justice. (After stating the foregoing facts.) The ordinance here in question contains the following provision: "Each and every applicant for a license shall and will be carefully considered by the Mayor and Councilmen of the City of Blairsville, and after a careful consideration of all the facts and circumstances, any and all applications, in the discretion of the authority aforesaid, they will then grant or deny the applicant a license."

The transportation of passengers for hire upon the streets of a city is not an inherent right, but a privilege which the municipality, in the exercise of discretion may grant or refuse. *Schlesinger* v. *Atlanta,* 161 *Ga.* 148 (2) (129 S. E. 861); *Clem* v. *LaGrange,* 169 *Ga.* 51 (4) (149 S. E. 638, 65 A. L. R. 1361).

The writ of mandamus will issue only to enforce a duty which is imposed by law. The law must not only authorize the act to be done, but must require its performance. It must appear that the petitioner has a clear legal right to have performed the particular act which he seeks to have enforced. *Hart* v. *Head,* 186 *Ga.* 823 (199 S. E. 125); *Harmon* v. *James,* 200 *Ga.* 742 (38 S. E. 2d, 401).

The ordinance under which the license is sought authorizes the mayor and council to grant or deny the application in their discretion; and where they have exercised the discretion reposed in them and refused an application, the courts will not control their discretion by the writ of mandamus. *Harbin* v. *Holcomb*, 181 *Ga.* 800 (184 S. E. 603); *Tate* v. *Seymour*, 181 *Ga.* 801 (184 S. E. 598); *Hodges* v. *Kennedy*, 184 *Ga.* 400 (191 S. E. 377).

The instant case differs from the case of *McWhorter* v. *Settle*, 202 *Ga.* 334 (43 S. E. 2d, 247), as the ordinance there relied upon made no provision for the exercise of the discretion of the mayor and council in granting or denying a license.

*Judgment affirmed. All the Justices concur, except Candler, J., who is disqualified.*